**Order entered March 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01102-CR

### MARIAN BERNARD ZIOLKOWSKI, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-80990-1997

## ORDER

On January 9, 2015, this Court ordered appellant, who is representing himself, to file his brief by February 17, 2015. When the brief was not filed, on February 18, 2015, the Court sent appellant a letter informing him that he had ten days to file his brief and an extension motion. To date, appellant has done neither.

Accordingly, we **ORDER** appellant to file a brief that complies with Texas. Rule of Appellate Procedure 38.1 by **MARCH 25, 2015**. If appellant's brief is not filed by that date, we will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b); *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Marian Bernard Ziolkowski, 2609 Lookout Drive, Garland, Texas 75044.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to the Collin County District Attorney's Office.

/s/    LANA MYERS
JUSTICE